IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – LOWER BUCKS, LLC d/b/a LOWER BUCKS HOSPITAL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA HEALTH INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00214-MMB<br><br>JUDGE MICHAEL M. BAYLSON |

**JOINT STIPULATION TO ARBITRATE AND DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Prime Healthcare Services – Lower Bucks, LLC d/b/a Lower Bucks Hospital, Prime Healthcare Services – Roxborough, LLC d/b/a Roxborough Memorial Hospital, and Prime Healthcare Services – Suburban Hospital, LLC d/b/a Suburban Community Hospital and Defendants Aetna Health, Inc., Aetna Health Insurance Company, and Aetna Better Health Inc. hereby jointly stipulate that this action and all claims and defenses asserted therein be dismissed <u>without prejudice</u>, with each party to bear its own costs, expenses, and attorneys' fees.

[*Signatures appear on following page*]

Jointly and respectfully submitted this 23rd day of May, 2024.

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **FOX ROTHSCHILD LLP** |
| /s/ *Ian K. Byrnside* | /s/ *E. Sean Medina* |
| S. Derek Bauer (*admitted pro hac vice*) | Benjamin H. McCoy (314112) |
| Georgia Bar No. 042537 | 980 Jolly Road, Suite 110 |
| Ian K. Byrnside (*admitted pro hac vice*) | P.O. Box 3001 |
| Georgia Bar No. 167521 | Blue Bell, PA 19422 |
| Dorothy H. Cornwell (*admitted pro hac vice*) | Phone: (610) 397-6500 |
| Georgia Bar No. 552635 | bmccoy@foxrothschild.com |
| 1170 Peachtree Street, NE, Suite 2400 | |
| Atlanta, Georgia 30309-7676 | **HAHN, LOESER, PARKS, LLP** |
| Phone: (404) 459-0050 | E. Sean Medina (*admitted pro hac vice*) |
| dbauer@bakerlaw.com | 200 Public Square, Suite 2800 |
| ibyrnside@bakerlaw.com | Cleveland, OH 44114 |
| dcornwell@bakerlaw.com | Phone: (216) 621-0150 |
| | emedina@hahnlaw.com |
| Tyson Y. Herrold (PA No. 314262) | |
| **BAKER & HOSTETLER LLP** | *Attorneys for Defendants* |
| 1735 Market Street, Suite 3300 | |
| Philadelphia, PA 19103-7501 | |
| Phone: (215) 564-3286 | **IT IS SO ORDERED this 23rd day of May, 2024.** |
| therrold@bakerlaw.com | |
| | **/s/ Michael M. Baylson, USDJ** |
| *Attorneys for Plaintiffs* | |

4856-7210-9760.1